THIS OPINION
 HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 
 Jimmy Lee
 Littlejohn, Appellant.
 
 
 
 
 

Appeal From Cherokee County
J. Mark Hayes, II, Circuit Court Judge

Unpublished Opinion No. 2010-UP-199
 Submitted March 1, 2010  Filed March 12,
2010    

AFFIRMED

 
 
 
 Senior Appellate Defender Joseph Savitz, III, of Columbia, for
 Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and
 Assistant Attorney General Deborah R.J. Shupe, all of Columbia; and Solicitor Harold
 W. Gowdy, III, of Spartanburg, for Respondent.
 
 
 

PER CURIAM:  Jimmy Lee Littlejohn appeals his
 convictions for first-degree burglary and second-degree arson, arguing the
 trial court erred in failing to obtain a valid waiver of his right to counsel.  We affirm pursuant to Rule
 220(b), SCACR, and the following authority: Wroten v. State, 301 S.C.
 293, 294, 391 S.E.2d 575, 576 (1990) ("If the record demonstrates the
 defendant's decision to represent himself was made with an understanding of the
 risks of self-representation, the requirements of a voluntary waiver will be
 satisfied.").  

AFFIRMED.[1]
HUFF,
 THOMAS, and KONDUROS, JJ., concur.  

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.